IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE YORK GROUP, INC., | No. C 06-80156 WHA |
| Plaintiff, | |
| v. | **SCHEDULING ORDER ON MOTION TO QUASH** |
| HORIZON CASKET GROUP, INC. ET AL., | |
| Defendants. | |

The York Group, Inc. must submit an opposition brief or a statement of non-opposition to John Doe's Motion to Quash Third-Party Subpoena to Yahoo! Inc. by **TUESDAY, JUNE 27, 2006**. If York Group opposes the motion, a hearing on the motion will be held at **8 A.M., THURSDAY, JULY 6, 2006**.

**IT IS SO ORDERED.**

Dated: June 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE